# CRIMINAL COMPLAINT
(Electronically Submitted)

| **United States District Court** | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Jasimine Hinckley**<br>DOB: 1996; United States Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>25-07937MJ |
| Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii) 1324(a)(1)(B)(i). ||

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about May 7, 2025, in the District of Arizona, **Jasimine Hinckley**, knowing and in reckless disregard of the fact that a certain illegal aliens, to include Francisco Perez-Mendoza and Dante Arroyo-Sanchez, had come to, entered, and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On May 7, 2025, in the District of Arizona (Sonoita), at approximately 10:55 a.m., Border Patrol Agents (BPAs) observed a 2010 Nissan X-Terra traveling on State Route (SR) 82 near Patagonia, Arizona. As the vehicle passed, BPAs observed three occupants in the vehicle and they began following it towards Sonoita, Arizona. BPAs conducted a records check on the vehicle and learned that the vehicle was registered to an address in Sun City, Arizona, which is located northwest of Phoenix, Arizona. BPAs noted the route this vehicle was traveling is commonly driven by human smugglers as they attempt to circumvent the immigration checkpoint located on Interstate 19 (I-19) while transporting Illegal Aliens (IAs) from the Nogales, Arizona area north towards Phoenix. BPAs continued following the vehicle and noticed the driver repeatedly swerved from the center line to the fog line in the highway and in multiple instances, checked and adjusted the rearview mirror. BPAs also observed the rear seat passenger frequently turn around to monitor BPAs actions. As the vehicle approached the Sonoita Border Patrol Station, BPAs initiated a vehicle stop and the vehicle yielded without incident. BPAs approached the vehicle and asked the driver, later identified as **Jasimine HINCKLEY**, to lower the windows and to turn off the engine to which she complied. BPAs conducted an immigration inspection on all occupants and determined the two passengers, identified as Francisco Perez-Mendoza and Dante Arroyo-Sanchez, to be citizens of Mexico, illegally present in the United States. Records checks revealed that Francisco Perez-Mendoza and Dante Arroyo-Sanchez do not possess the proper documentation to enter, pass through or remain in the United States legally.

Material witness Francisco Perez-Mendoza stated he is a citizen of Mexico, and his father was going to pay 50,000 Mexican Pesos for him to be smuggled into the United States. He illegally crossed into the United States alone and was directed to walk to a house in Nogales, Arizona where he would stay until he was picked up for transportation to Phoenix.
**Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Francisco Perez-Mendoza and Dante Arroyo-Sanchez

| Detention Requested | SIGNATURE OF COMPLAINANT |
|---|---|
| *Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | OFFICIAL TITLE<br>Border Patrol Agent |
| Sworn by telephone  x  ||
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>May 8, 2025 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing AUSA: Chamblee

**Continued from front page.**                                                                 25-07937MJ

He was then picked up with one other male subject by a vehicle with a female driver who had tattoos and red hair. The female driver instructed him to get into the vehicle and used her cellphone for driving directions on where to take them. He was able to positively identify **HINCKLEY** as the driver of the vehicle that picked him up from a photo lineup.

Material witness Dante Arroyo-Sanchez stated he is a citizen of Mexico, and he was going to pay an unknown amount to be smuggled into the United States. He illegally crossed into the United States alone and was later picked up with another male subject by a female driver with tattoos and red hair. He stated the driver never changed or made any stops after they were picked up. He was able to positively identify **HINCKLEY** as the driver of the vehicle that picked him up from a photo lineup.